IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____x
ARTESANIAS HACIENDA REAL S.A. de C.V.,   : Chapter 7
                    Plaintiff            : Case No. 16-15037 (REF)
        -against-                        :
                                         : Adv. Proc. No. 17-00028 (JKF)
IVAN JEFFERY,                            :
                    Defendant            :
_____x
```

**FURTHER REVISED PRETRIAL SCHEDULE SUBMITTED JOINTLY BY THE PARTIES**

In response to Items 3 and 5 of the Court's Pretrial Scheduling Order [Doc. 53] and in accordance with the Court's instructions at the Court's August 15, 2018 proceedings in the above-entitled matter, the parties submit a revised proposed discovery and pretrial schedule which is intended to provide the parties with additional time to complete discovery and related matters. The revised discovery schedule reflects the difficulty in arranging witness depositions during upcoming Thanksgiving and holiday (Christmas/New Year) periods, scheduling conflicts of witnesses and counsel, and also (if discovery disputes arise for the Court to resolve) vacation and other scheduling conflicts of the Court and Court staff.

The revised proposed Item 3 to the Pretrial Scheduling Order is set forth below:

A. All discovery shall be completed on or before **Tuesday, January 15, 2019**.

B. All expert witnesses shall be identified and a copy of each expert's report shall be provided to every other party in accordance with Fed. R. Civ. P. 26(a)(2) on or before **Saturday, January 19, 2019**.

C. Any and all motions of each party to amend the pleadings shall be filed on or before **Saturday, January 19, 2019** and any and all motions for summary judgment shall be filed on or before **Wednesday, January 30, 2019**.

D. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before **Monday, February 4, 2019**.

E. Any objections to the Rule 26(a)(3) disclosures shall be served on opposing parties and filed with the bankruptcy court on or before **Tuesday, February 12, 2019**.

F. On or before **Monday, February 25, 2019**, the parties shall file a joint pretrial statement consistent with the form set forth in paragraph 6 of the Pretrial Scheduling Order and file a copy with chambers. The joint pretrial statement shall be signed by all counsel. It is the obligation of the plaintiff's counsel to initiate, assemble and submit the proposed pretrial statement. Plaintiff's counsel shall submit a proposed joint pretrial statement to defendant's counsel not less than 7 days prior to the deadline for its submission.

Counsel are expected to make a diligent effort to prepare a proposed pretrial statement in which will be noted all of the issues on which the parties are in agreement and all of those issues on which they disagree. The proposed pretrial statement shall supersede all pleadings in the case. Amendments will be allowed only in exception circumstances and to prevent manifest injustice.

G. All motions *in limine* shall be filed on or before **Tuesday, February 19, 2019**.

Dated: October 24, 2018

/s/Barry L. Goldin
BARRY L. GOLDIN, ESQ.
3744 Barrington Drive
Allentown, PA  18104-1759
Tel: 610-336-6680    Fax 610-336-6678
Email: barrygoldin@earthlink.net
*Attorney for Plaintiff Judgment Creditor*
*Artesanias Hacienda Real S.A. de C.V.*

/s/Charles J. Phillips, Esq.
Charles J. Phillips, Esq.
Eden R. Bucher, Esq.
2755 Century Boulevard
Wyomissing, PA 19610
Phone: 610-372-1500
Fax: 610-372-8671
*Attorneys for Debtor, Ivan L. Jeffery*

SO ORDERED:

JEAN K. FITZSIMON
United States Bankruptcy Judge

HAC80920.2REVPTSCH