IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Ivan Jeffery, <br> Debtor | : <br> : <br> : | Chapter 7 <br> Case No. 16-15037-REF |
| ARTESANIAS HACIENDA REAL S.A. de C.V., <br> Plaintiff <br> vs. <br> IVAN JEFFERY, <br> Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : | Adversary No. 17-00028-JKF |

## PRE-TRIAL DISCLOSURE OF PLAINTIFF ARTESANIAS HACIENDA REAL S.A. de C.V. PURSUANT TO RULE 26(a)(3)

In accordance with the Further Revised Pre-trial Order of the Court in this matter [Dkt. 73, Item D] and Fed. R. Civ. P. 26(a)(3), plaintiff/judgment creditor Artesanias Hacienda Real S.A. de C.V. hereby makes the following discovery disclosures as to evidence it may present at trial other than solely for impeachment:

### INTRODUCTORY STATEMENT

The following Disclosures are made based on information reasonably available to Plaintiff Artesanias as of February 4, 2019. By making these Disclosures, Plaintiff does not represent it is identifying every exhibit or witness possibly relevant to this adversary action. Plaintiff's Disclosures represent a good faith effort to identify witnesses and exhibits that it may use (otherwise than for impeachment) in the upcoming trial.

Moreover, Plaintiff has filed a Motion for Summary Judgment [Dkt. 77 *et seq.*] and Defendant has filed a Motion for Summary Judgment [Dkt. 78 *et seq.*] which have not yet been fully briefed and which will then await decision by the Court. The briefing to and decision(s) of the Court with respect to those Motions and other information or documents which may be obtained, may require supplementation or amendment of or other change in identification of exhibits and/or witnesses to be identified or used at or for trial.

All Disclosures below are made subject to the above qualifications.

### DISCLOSURES

(i) *the name and, if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present and those it may call if the need arises*:

Witnesses Artesanias Expects to Call:
Ivan Jeffery
42584 Maggie Jones Road

1

Paisley, Florida

Wilhelmina Jeffery
42584 Maggie Jones Road
Paisley, Florida

Thomas E. Rhodes, MAI, SRA, AI-GRS (Florida real estate appraiser)[1]
1701 NE 42nd Avenue, Unit 101
Ocala, Florida 34470
Tel: 353-732-2288

<u>Witnesses Whom Artesanias May Call if the Need Arises</u>:
Sharon Albright[2]
442 Cemetery Road
Bronson, Michigan

Edwin Liebensperger[3]
520 White Oak Tree Road
York Springs, PA  17372

Eden Bucher, Esq.
2755 Century Blvd.
Wyomissing, PA  19610

Charles Phillips, Esq.
2755 Century Blvd.
Wyomissing, PA  19610

Ernesto Martin del Campo[4]

---

[1] As Mr. Rhodes resides in Florida, plaintiff Artesanias will request that he be permitted to testify by telephone.

[2] As Sharon Albright resides in Bronson Michigan and was deposed in this action on December 21, 2008, plaintiff Artesanias will request that her testimony be by the deposition she has already given and the exhibits thereto. However, if her testimony by deposition is not permitted, then Artesanias will request that her testimony be by telephone.

[3] As Edwin Liebensperger resides in York Springs, Pennsylvania and was deposed in this action on August 3, 2018, plaintiff Artesanias will request that his testimony be by the deposition he has already given and the exhibits thereto. However, if his testimony by deposition is not permitted, then Artesanias will request that his testimony be by telephone.

[4] As Ernesto Martin del Campo resides in Pennsylvania and was deposed in this action by defendant, plaintiff Artesanias may request that his testimony be by the deposition he has already given and the exhibits thereto. However, if his testimony by deposition is not

Avenida Indistria del Agave #166
Fracccionamiento Industrial Zapopan Norte
Zapopan, Jalisco 45130 Mexico
Tel: 53 (33) 3854-5454

Joanne Haas and/or Scott Haas of Vagabond House
123 E. Montecito Avenue
Sierra Madre, California 91204
Tel: 818-341-7616

(ii) *The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition:*

Sharon Albright [see above]

Edwin Liebensperger [see above]

Ernesto Martin del Campo [see above]

(iii) *An identification of each document or other exhibit (other than documents or other exhibits offered for impeachment), including summaries of other evidence – separately identifying those items the party expects to offer and those it may offer if the need arises:*

Documents or Other Exhibits Artesanias Expects to Offer:
Artesanias' Complaint in the instant action and exhibits thereto

Defendant Jeffery's Answer to the Complaint

Exhibits filed in connection with Artesanias' Motion for Summary Judgment on the First Count of Artesanias' Complaint in this action [including without limitation the exhibits to the Goldin Affidavit(s) filed in support of the Motion]

Documents or Other Exhibits Artesanias May Offer if the Need Arises:
The transcript and exhibits thereto with respect to each of the following depositions previously taken in this action:
Edwin Leibensperger deposition
Ivan Jeffery deposition
Wilhelmina Jeffery deposition
Sharon Albright deposition

October 4, 2017 Declaration of Joanne Haas of Vagabond House and the documents attached thereto

---

permitted or additional testimony may be sought or requested from him, then Artesanias may request that his testimony be by telephone.

3

Ivan Jeffery's $10,000 check dated June 23, 2016 paid to Alan Jeffery [check no. 699]

United Southern Bank statements of the Ivan and Wilhelmina Jeffery bank account for the period beginning January 1, 2015 through and including July 31, 2016 and the deposits, checks and money transfers referenced therein.

Artesanias' First Requests to Admit Genuineness and Truth of Facts previously served by Artesanias on Jeffery and the exhibits thereto, and Ivan Jeffery's responses thereto

Artesanias' Second Requests to Admit Genuineness and Truth of Facts previously served by Artesanias on Jeffery and the exhibits thereto, and Ivan Jeffery's responses thereto

Artesanias' Interrogatories and Requests for Production of Documents previously served on Ivan Jeffery in this action and Ivan Jeffery's responses thereto

## RESERVATION OF RIGHT TO SUPPLMENT

Plaintiff is continuing its investigation with respect to all of the claims and defenses in this action. Plaintiff thus specifically reserves the right to supplement or amend these Disclosures as may be necessary, advisable or appropriate.

Dated: February 4, 2019

/s/Barry L. Goldin
BARRY L. GOLDIN, ESQ.
3744 Barrington Drive
Allentown, PA 18104
Tel: 610-336-6680  Fax: 610-336-6678
Email: barrygoldin@earthlink.net
*Attorney for Plaintiff Judgment Creditor Artesanias Hacienda Real S.A. de C.V.*

HAC90130.1IJPRETDISC