*Telephone:*
*610-336-6680*
*Telecopier:*
*610-336-6678*
*Email:*
*barrygoldin@*
*earthlink.net*

**BARRY L. GOLDIN, ESQ.**
*3744 Barrington Drive*
*Allentown, PA 18104-1759*

*Admitted in*
*New York,*
*Ohio\**
*and Pennsylvania*

*\*Inactive in Ohio*

February 4, 2019

<u>By ECF</u>
Honorable Jean K. FitzSimon, Bankruptcy Court – Eastern District of Pennsylvania
Robert N.C. Nix Sr., Federal Courthouse,
900 Market Street, Suite 203
Philadelphia, PA 19107

    Re: *Artesanias Hacienda Real S.A. de C.V. v. Ivan Jeffery*, Bankruptcy Case No. 16-15037 (REF), Adv. Proc. No. 17-00028 (JKF) –
Proposed Consent Order agreed to by the parties

Dear Judge FitzSimon:

As you may remember, I am counsel for plaintiff/judgment creditor Artesanias Hacienda Real S.A. de C.V. ("Artesanias") in the above-referenced adversary action.

On January 30, 2019, plaintiff Artesanias filed with its Summary Judgment Motion in this Matter, an Affidavit with exhibits attached thereto [Dkt. #77 *et seq.*].

Defendant Ivan Jeffery, through his counsel, subsequently objected that certain of those exhibits contain personal financial information as to himself and his wife which had not been redacted pursuant to F.R.B.P. 9037.

In order to resolve this matter, counsel for the parties have agreed to the proposed Consent Order to restrict those exhibits, and to permit plaintiff Artesanias to file substitute exhibits from which that personal information has been redacted, in accordance with F.R.B.P. 9037. Please find that agreed Consent Order attached hereto.

The parties request you sign and enter the Consent Order to facilitate and expedite resolution of this matter.

Very truly yours,

Barry L. Goldin

CC with encl. [proposed Consent Order]: Charles J. Phillips, Esq. (Leisawitz Heller)

HAC90204.1LJKF

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Ivan Jeffery, Debtor | : : : | Chapter 7<br>Case No. 16-15037-REF |
| ARTESANIAS HACIENDA REAL S.A. de C.V., Plaintiff<br>vs.<br>IVAN JEFFERY, Defendant | : : : : : : | Adversary No. 17-00028-JKF |

## CONSENT ORDER

Upon consent of the parties through their counsel in this adversary proceeding the following documents filed by Plaintiff Plaintiff Judgment Creditor Artesanias Hacienda Real S.A. de C.V. ("Artesanias") as exhibits in Docket #77 shall be dealt with as follows, the Court ORDERS:

1. The following exhibits to the Goldin Affidavit filed on January 30, 2019 in Docket #77 (part 5) which contain certain personal information of the Defendant and Defendant's spouse protected by F.R.B.P. 9037 shall be restricted by the Clerk of Courts and remote electronic access to those exhibits shall be prohibited until and unless the Court directs otherwise:

    (i) Dkt. 77-21 (Goldin Aff. Ex. 15A);

    (ii) Dkt. 7-22 (Goldin Aff. Ex. 15B);

    (iii) Dkt. 77-23 (Goldin Aff. Ex. 16A);

    (iv) Dkt. 77-31 (Goldin Aff. Ex. 23);

    (v) Dkt. 77-33 (Goldin Aff. Ex. 25);

    (vi) Dkt. 77-34 (Goldin Aff. Ex. 26);

    (vii) Dkt. 77-37 (Goldin Aff. Ex. 29);

(viii) Dkt. 77-45 (Goldin Aff. Ex. 37);

(ix) Dkt. 77-59 (Goldin Aff. Ex. 49B);

(x) Dkt. 77-61 (Goldin Aff. Ex. 50B); and

(xi) Dkt. 77-67 (Goldin Ex. 55).

2. Plaintiff may file "substituted exhibits" which have been properly redacted under and use the same exhibits numbers as the restricted exhibits, and those "substituted exhibits" shall not be restricted by the Clerk of Courts nor subject to Protective Order.

3. Any and all claims which Defendant and Defendant's wife may have as a result of the failure to comply with F.R.B.P. 9037 are expressly reserved.

Dated: February 4, 2019

/s/Barry L. Goldin
BARRY L. GOLDIN, ESQ.
3744 Barrington Drive
Allentown, PA 18104
Tel: 610-336-6680  Fax: 610-336-6678
Email: barrygoldin@earthlink.net

/s/John R. K. Solt
JOHN R. K. SOLT, ESQ.
2045 Westgate Dr., Suite 404B
Bethlehem, PA 18017
Tel: 610-865-2465  Fax: 610-691-2018
Email: jsolt.soltlaw@rcn.com

*Attorneys for Plaintiff/Judgment Creditor Artesanias Hacienda Real S.A. de C.V.*

LEISAWITZH HELLER ABRAMOWITCH PHILLIPS, P.C.
By: /s/ Charles J. Phillips, Esq.
Charles J. Phillips, Esq.
Eden R. Bucher, Esq.
2755 Century boulevard
Tel: 610-372-3500  Fax: 610-372-8671
*Attorneys for Debtor Ivan L. Jeffery*

**SO ORDERED:**

**BY THE COURT:**

**Date: _____, 2019**

_____
**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**

2

HAC90201.1PPORED